■ In the Matter of STACEY O'DONNELL, Formerly Known as STACY GOLDENBERG, Respondent, v ALAN GOLDENBERG, Appellant. [890 NYS2d 331]—

Absent a legal disqualification under Judiciary Law § 14, a court is the sole arbiter of the need for recusal, and its decision is a matter of discretion and personal conscience (*see People v Moreno*, 70 NY2d 403, 405-406 [1987]; *Irizarry v State of New York*, 56 AD3d 613, 614 [2008]; *Matter of Imre v Johnson*, 54 AD3d 427, 427-428 [2008]). Here, the father failed to set forth any demonstrable proof of bias to warrant the conclusion that the court's refusal to recuse itself was an improvident exercise of discretion (*see Matter of Imre v Johnson*, 54 AD3d at 428; *Schwartzberg v Kingsbridge Hgts. Care Ctr., Inc.*, 28 AD3d 465, 466 [2006]; *Anjam v Anjam*, 191 AD2d 531 [1993]). Mastro, J.P., Santucci, Belen and Chambers, JJ., concur.